**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **TROY ADAM AUTIN #452745** | **CASE NO. 2:17-CV-01035 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **TERRY COOLEY ET AL** | **MAGISTRATE JUDGE KAY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 86] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the plaintiff's Motion for Summary Judgment [doc. 72] be **DENIED**, that the defendants' Motion for Summary Judgment [doc. 58] be **GRANTED**, and that the remaining claims in this matter be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the plaintiff's Motion to Compel [doc. 81] and Motion for Subpoena [doc. 82] be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 6th day of March, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**